IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT TROY COOK,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**MATTHEW CATE, et al.,**<br><br>                              Defendants. | Case No. C 11-6581 YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE OVERSIZED BRIEF; AND GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND FOR SUMMARY JUDGMENT** |

    Defendants have filed a motion for summary judgment. (Docket No. 70.) On January 24, 2014, Plaintiff filed an opposition to that motion, however, the brief is thirty-six pages long, in violation of Local Civil Rule 7-4(b), which limits briefs to twenty-five pages absent express leave of the Court. Plaintiff has filed a motion for leave to file an oversized brief. (Docket No. 79.)

    Good cause appearing, the Court GRANTS Plaintiff leave to file an oversized brief limited to thirty-six pages. The Clerk of the Court shall docket Plaintiff's opposition and any attachments thereto as filed by the Court on the date it was received, January 24, 2014.

    Also before the Court is Defendants' motion for a thirty-day extension of time, up to and including **March 26, 2014** to file and serve a reply memorandum in support of their motion for summary judgment. After full consideration, and good cause appearing, Defendants' motion is GRANTED. The time for which Defendants shall file their reply is extended up to and including

1

1  **March 26, 2014**.  The motion for summary judgment will be deemed submitted on the date the
2  reply is filed, without a hearing.
3       IT IS SO ORDERED.
4  Dated:  March 3, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

2