UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SCOTT TROY COOK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | No. C 11-6581 YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL; REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT; AND GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO STAY PROCEEDINGS** |

Before the Court is Plaintiff's motion for appointment of counsel. Dkt. 96. Having determined that it would be beneficial to have counsel assist Plaintiff in this matter, and good and just cause appearing, the Court GRANTS Plaintiff's motion and hereby REFERS the action to the Federal Pro Bono Project to secure pro bono counsel to represent Plaintiff in this action, in the manner set forth below.

Also before the Court is Defendants' administrative motion to stay proceedings pending resolution of their interlocutory appeal of this Court's August 14, 2014 denial of their claim of qualified immunity. Dkt. 98. The Court GRANTS Defendants' administrative motion, and the instant action is temporarily STAYED and administratively closed until the resolution of Defendants' interlocutory appeal, as directed below.

**CONCLUSION**

1. The Court GRANTS Plaintiff's motion for appointment of counsel (Dkt. 96) and REFERS the action to the Federal Pro Bono Project to secure pro bono counsel to represent Plaintiff. The Clerk of the Court shall forward to the Federal Pro Bono Project copies of: (a) this Order; (b) the docket sheet; and (c) the amended complaint (Dkt. 7), and the relevant Court Orders (Dkts. 10, 89).

2. The Federal Pro Bono Project shall inform the Court when counsel has been secured. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as

1  counsel for Plaintiff in this matter until further Order of the Court.

2      3.    The Court GRANTS Defendants' administrative motion to stay proceedings pending resolution of their interlocutory appeal of this Court's August 14, 2014 denial of their claim of qualified immunity.  Dkt. 98.  The instant action is temporarily STAYED and administratively closed until the resolution of Defendants' interlocutory appeal.  Defendants shall inform the Court within **seven (7) days** of the date the Ninth Circuit Court of Appeals makes a ruling on Defendants' interlocutory appeal.  At that time, the stay will be lifted, and the action will be reopened.  If the Ninth Circuit affirms this Court's denial of Defendants' claim of qualified immunity, then Defendants shall contact the chambers of Magistrate Judge Nandor Vadas to schedule a settlement conference with Plaintiff, who should by then be represented by counsel.

    4.    This Order terminates Docket Nos. 96 and 98.

IT IS SO ORDERED.

Dated: November 4, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

P:\PRO-SE\YGR\CR.11\Cook6581.GrantATTY&Referral2FPBP&grantSTAY.docx