UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TROY COOK,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | Case No. 11-cv-06581-YGR<br><br>**ORDER APPOINTING COUNSEL; AND SETTING CASE MANAGEMENT CONFERENCE** |

Having determined that it would be beneficial to have counsel assist Plaintiff in this matter and having located volunteer counsel willing to represent Plaintiff, the Court orders as follows:

(1) **Christopher Wanger (SBN 164751)** of Manatt Phelps & Phillips LLP is appointed as counsel for Plaintiff in this matter, pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

(2) This action will remain closed because it was previously stayed and administratively closed pending the resolution of Defendants' interlocutory appeal.

(3) The parties shall appear for a Case Management Conference on Monday, March 16, 2015 at 2:00 p.m., at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland in Courtroom 1, 4th Floor.

(4) At least seven (7) calendar days prior to the Case Management Conference, the parties shall file a joint case management conference statement. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement." See http://www.cand.uscourts.gov/ygrorders. As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to

1 Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in
2 the CAND CMC Order and Civil L.R. 16-10(b).  Failure to do so may be considered grounds for
3 sanctions.
4     (5)    The Clerk shall send a copy of this Order to Mr. Wanger at **Manatt Phelps &**
5 **Phillips LLP, 1 Embarcadero Ctr., 30th Floor, San Francisco, CA 94111.**  The Clerk shall also
6 send a copy of this Order to Plaintiff and Defendants' counsel.
7     IT IS SO ORDERED.
8 Dated:  December 16, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge