UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SCOTT TROY COOK**,

    Plaintiff,

    v.

**MATTHEW CATE, ET AL.**,

    Defendants.

Case No. 11-cv-06581-YGR

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING COMPLIANCE HEARING**

Re: Dkt. No. 108

The Court has reviewed the stipulation of the parties concerning the case management conference and hereby **VACATES** the conference currently set for Monday, March 16, 2015.

This matter is set for a compliance hearing on **Friday, April 24, 2015, at 9:01 a.m**. The parties are directed to meet and confer regarding the need for a case management conference during the pendency of the appeal in this matter. The parties are directed to file, no later than April 17, 2015, a joint statement addressing the status of the appeal and the need for a case management conference during its pendency. If the Court is satisfied with the status statement, the compliance hearing will be vacated and the parties need not appear.

This terminates Docket No. 108.

**IT IS SO ORDERED.**

Dated: February 24, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**