United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT TROY COOK,

          Plaintiff,

    v.

MATTHEW CATE, ET AL.,

          Defendants.

Case No.  11-cv-06581-YGR

ORDER CONTINUING COMPLIANCE HEARING

       The Court has reviewed the Joint Compliance Statement filed by the parties (Dkt. No. 110).  Based on the representations therein, the Court CONTINUES the compliance hearing, currently set for April 24, 2015, to August 21, 2015, at 9:01 a.m.

       The parties are directed to file, no later than August 14, 2015, a joint statement addressing the status of the appeal and the need for a case management conference during its pendency.  If the Court is satisfied with the status statement, the compliance hearing will be vacated and the parties need not appear.

       Should Plaintiff seek a case management conference sooner than the continued compliance hearing, he is directed to meet and confer with Defendants and file a request with the Court suggested proposed dates for such conference.

       IT IS SO ORDERED.

Dated: April 21, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE