# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT TROY COOK**, <br> Plaintiff, <br> v. <br> **MATTHEW CATE, ET AL.**, <br> Defendants. | Case No. 11-cv-06581-YGR <br><br> **ORDER CONTINUING COMPLIANCE HEARING** |

The Court has reviewed the Joint Compliance Statement filed by the parties (Dkt. No. 115). Based on the representations therein, the Court **CONTINUES** the compliance hearing, currently set for December 4, 2015, to **April 8, 2016,** at 9:01 a.m.

The parties are directed to file, no later than **April 1, 2016**, a joint statement addressing the status of the appeal and the need for a case management conference during its pendency. If the Court is satisfied with the status statement, the compliance hearing will be vacated and the parties need not appear.

Should Plaintiff seek a case management conference sooner than the continued compliance hearing, he is directed to meet and confer with Defendants and file a request with the Court suggested proposed dates for such conference.

**IT IS SO ORDERED.**

Dated: 11/19/15

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**