UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SCOTT TROY COOK**,

    Plaintiff,

    v.

**MATTHEW CATE, ET AL.**,

    Defendants.

Case No. 11-cv-06581-YGR

**ORDER CONTINUING COMPLIANCE HEARING**

The Court has reviewed the Joint Compliance Statement filed by the parties (Dkt. No. 117). Based on the representations therein, the Court **CONTINUES** the compliance hearing currently set for April 8, 2016, to **Friday, September 30, 2016,** at 9:01 a.m.

The parties are directed to file, no later than **September 23, 2016**, a joint statement addressing the status of the appeal and the need for a case management conference during its pendency. If the Court is satisfied with the status statement, the compliance hearing will be vacated and the parties need not appear.

Should Plaintiff seek a case management conference sooner than the continued compliance hearing, he is directed to meet and confer with Defendants and file a request with the Court suggested proposed dates for such conference.

**IT IS SO ORDERED.**

Dated: April 4, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**